UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Teresita Lopez, | § § | |
| Plaintiffs, | § § | |
| vs. | § § | NO:  SA:18-CV-00711-DAE |
| Bexar County, Texas, Susan L. Pamerleau, Charles Cagle, Andres Aldana, Heriberto Rivera, | § § § § | |
| Defendants. | | |

## SCHEDULING ORDER

The scheduling recommendations provided by the parties on October 9, 2018 (Dkt no. 19) have been reviewed by the Court and the following dates are entered to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **October 8, 2019.**

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **November 8, 2019**, and each opposing party shall respond, in writing, by **November 15, 2019.** All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings. If a settlement is reached, the parties should immediately notify the Court.

3. The deadline for Plaintiff(s) to file motions to amend or supplement pleadings or to join additional parties by **March 15, 2019**. The deadline for Defendant(s) to file a motion (1) to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a); (2) seeking leave to amend pleadings; or (3) to join parties is **April 2, 2019.**

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **April 30, 2019**. Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **May 20, 2019.** All designations of rebuttal experts shall be designated within 15 days of receipt of the report of the opposing expert. The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) is **August 22, 2019**

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 11 days of receipt of the written report of the expert's proposed testimony, or within 11 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **October 1, 2019**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed no later than **November 22, 2019**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

8. The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

IT IS SO ORDERED.

DATED: San Antonio, Texas, October 10, 2018.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE